IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEILA GRADY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-cv-1207 |
| | § | |
| | § | |
| DEAF ACTION CENTER. | § | |
| | § | |
| *Defendant*. | § | |

### DEFENDANT'S WITNESS LIST

Pursuant to the Court's August 9, 2024's Scheduling Order, Defendant Deaf Action Center ("Defendant" or "DAC") submits its Witness List for trial as follows:

### I. Potential Witnesses

Defendant anticipates calling the following individuals as fact and expert witnesses:

Heather Hughes
Executive Director
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

Ms. Hughes will testify regarding issues previously set forth in her declaration in support of Defendant's summary judgment motion, including but not limited to Plaintiff's employment and role at DAC; Plaintiff's job duties and job performance, employment history, and reasons for termination from DAC; DAC's financial resources and priorities; the Specialist Contract and other funding requirements; DAC's business operations; DAC's defenses to Plaintiff's claims, and DAC's policies and procedures. Direct examination for Ms. Hughes is expected to last 5 hours.

Salerno R. Martinez
Program Manager
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

Ms. Martinez will testify regarding her own employment history and various roles held at DAC; Plaintiff's employment and role at DAC; Plaintiff's job duties and job performance and employment history; her own interactions with Plaintiff and other Access Specialists; the Specialist Contract; DAC's defenses to Plaintiff's claims; and DAC's policies and procedures. Direct examination for Ms. Martinez is expected to last 5 hours.

Paul Hagerty
HR Consultant
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

If necessary, Mr. Hagerty may testify regarding Plaintiff's employment, performance issues, discipline issued to Plaintiff, his investigation concerning a complaint regarding Plaintiff, and DAC's policies and procedures. Direct examination for Mr. Hagerty is expected to last 1 hour.

Shawn Frazier
Accounting Manager
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

If necessary, Mr. Frazier may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and his interactions and communications with Plaintiff regarding her employment. Direct examination for Mr. Frazier is expected to last 2 hours.

Roy Jones
Senior Citizen Program Coordinator
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

If necessary, Mr. Jones may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and his interactions and communications with Plaintiff regarding her employment. Direct examination for Mr. Jones is expected to last 2 hours.

Eric Patterson
Director of Interpreting
3110 Cedarplaza Lane
Dallas, Texas 75235
Phone: 214.521.0407

If necessary, Mr. Patterson may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and his interactions and communications with Plaintiff regarding her employment. Direct examination for Mr. Patterson is expected to last 2 hours.

Jordan Castilla
Former Employee
11012 Creekmere Dr
Dallas, TX 75218
832.423.8337

If necessary, Ms. Castilla may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and her interactions and communications with Plaintiff regarding her employment. Direct examination for Ms. Castilla is expected to last 2 hours.

Leona Michael-Makelfa
Former Employee
10013 Hope Dr Apt 15304
Rowlett, TX 75089
214.405.4775

If necessary, Ms. Michael-Makelfa may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and her interactions and communications with Plaintiff regarding her employment. Direct examination for Ms. Michael-Makelfa is expected to last 2 hours.

Ruth Kirkos
Former Employee
12821 Sweet Bay Dr
Euless, TX 76040
817.870.6365

If necessary, Ms. Kirkos may testify regarding Plaintiff's employment, Plaintiff's conduct in the workplace, and her interactions and communications with Plaintiff regarding her employment. Direct examination for Ms. Kirkos is expected to last 2 hours.

Kristin Bauer
Jackson Lewis P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
214.520.2400

Ms. Bauer is the attorney of record for Defendant. She will provide expert testimony as to the reasonableness and necessity of attorneys' fees sought by Defendant in this litigation. To the extent that Plaintiff seeks any attorneys' fees in this matter, Ms. Bauer may also provide expert testimony regarding the reasonableness and necessity of any such fees.

Defendant reserves the right to call any additional rebuttal witnesses, as necessary.

Defendant further reserves the right to make objections to any witness designated by Plaintiff.

The adoption by Defendant of any witness list shall not be deemed a waiver of the right to object to the testimony of any witness.

By: /s/ *Kristin L. Bauer*
Kristin L. Bauer
Texas State Bar No. 24006813
kristin.bauer@jacksonlewis.com
Keshia N. Barnes
Texas State Bar No. 24089010
keshia.barnes@jacksonlewis.com
Justin Sassaman
Texas State Bar No. 24143383
Justin.sassaman@jacksonlewis.com
Jackson Lewis P.C.
500 N. Akard Street, Suite 2400
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas on July 3, 2025, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

Andrew Rozynski, Esq.
Eisenberg & Baum, LLP
24 Union Square East, Fourth Floor
New York, New York 10003
arozynski@eandblaw.com

Thomas S. Brandon, JR.
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
tbrandon@whitakerchalk.com

*/s/ Kristin L. Bauer*
Kristin L. Bauer