**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SHEILA GRADY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-01207-N |
| | § | |
| DEAF ACTION CENTER. | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY

Defendant Deaf Action Center designates the following excerpts from the depositions, as follows:

**DEPOSITION OF SHAWN FRAZIER**

**PAGE:LINE THROUGH PAGE:LINE**

| 8:19 – 9:17 | 14:17 - 20 | 16:13 - 19 | 17:4 - 9 |
|---|---|---|---|
| 19:7 – 27:23 | 29:16 – 30:25 | 33:18 – 35:2 | 36:3 - 11 |
| 36:24 – 39:5 | 41:14 – 42:21 | 44:7 - 13 | 45:16 – 49:24 |
| 51:5 – 60:1 | 64:22 – 66:6 | 67:20 - 21 | |

**DEPOSITION OF SHEILA GRADY**

**PAGE:LINE THROUGH PAGE:LINE**

| 13:1 – 18:25 | 20:3 – 22:14 | 29:1 – 31:24 | 34:1 – 38:5 |
|---|---|---|---|
| 39:14 – 47:25 | 53:1 – 95:21 | 96:10 – 141:25 | 142:11 – 192:18 |

## DEPOSITION OF PAUL HAGERTY

### PAGE:LINE THROUGH PAGE:LINE

| 20:13 – 23:4 | 24:20 – 49:2 | 51:17 – 71:12 | 73:4 -81:21 |
| --- | --- | --- | --- |
| 82:16 – 83:21 | 86:18 – 98:12 | 99:21 – 100:14 | |

## DEPOSITION OF HEATHER HUGHES

### PAGE:LINE THROUGH PAGE:LINE

| 7:14 – 9:1 | 13:10 – 14:19 | 16:16 – 29:2 | 30:12 – 32:17 |
| --- | --- | --- | --- |
| 33:5 – 36:21 | 37:4 – 38:14 | 39:22 – 47:10 | 48:4 – 50:23 |
| 51:23 – 67:21 | 70:24 – 81:12 | 84:9 – 88:5 | 88:18 – 89:25 |
| 92:18 – 113:14 | 119:25 – 124:22 | 127:13 – 130:1 | |

## DEPOSITION OF SALERNO MARTINEZ

### PAGE:LINE THROUGH PAGE:LINE

| 8:19 – 9:10 | 14:7 – 22:20 | 24:15 – 27:11 | 37:16 – 39:18 |
| --- | --- | --- | --- |
| 47:1 – 50:19 | 58:1 – 68:18 | 68:19 – 86:4 | 88:17 – 91:1 |
| 92:1 – 99:4 | | | |

Respectfully Submitted,

*/s/ Kristin L. Bauer*
Kristin L. Bauer
Texas State Bar No. 24006813
kristin.bauer@jacksonlewis.com
Keshia N. Barnes
Texas State Bar No. 24089010
keshia.barnes@jacksonlewis.com
Justin Sassaman
Texas State Bar No. 24143383
Justin.sassaman@jacksonlewis.com

**DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY**                                                       **Page 2**

Jackson Lewis P.C.
500 No. Akard Street, Suite 2500
Dallas, Texas 75219
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANT
DEAF ACTION CENTER**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas on July 3, 2025, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

Andrew Rozynski
Eisenberg & Baum, LLP
24 Union Square East, Fourth Floor
New York, New York 10003
arozynski@eandblaw.com

Thomas S. Brandon, JR.
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
tbrandon@whitakerchalk.com

*/s/ Kristin L. Bauer*
Kristin L. Bauer